**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 9 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIEL E. DAVIS; PETER CONTI; GRINGO HOLDINGS, LLC,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>BLUE TONGUE FILMS; DENVER AND DELILAH PRODUCTIONS; A. J. DIX; NASH EDGERTON; EROS INTERNATIONAL MEDIA LTD.; TRISH HOFFMAN; BETH KONO; MATTHEW STONE; ANTHONY TAMBAKIS; CHARLIZE THERON; REBECCA YELDHAM,<br><br>        Defendants-Appellees,<br><br> and<br><br>AMAZON.COM, INC.; AMAZON STUDIOS, LLC,<br><br>        Defendants. | No. 22-55416<br><br>D.C. No. 2:21-cv-02090-JVS-JDE<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: M. SMITH, HAMILTON,[*] and COLLINS, Circuit Judges.

In light of the Supreme Court's decision in *Jack Daniel's Properties, Inc. v. VIP Products LLC*, 599 U.S. __, 2023 WL 3872519 (June 8, 2023), we vacate the judgment of the district court and remand this case to the district court for further

---

[*] The Honorable David F. Hamilton, United States Circuit Judge for the U.S. Court of Appeals for the Seventh Circuit, sitting by designation.

2

proceedings consistent with the Supreme Court's opinion in that case. The parties shall bear their own attorney's fees, costs, and expenses on appeal. This order shall act as and for the mandate of this court.

**VACATED AND REMANDED.**